# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HESHAM ISMAIL** | : CIVIL ACTION |
| | : |
| v. | : NO. 18-2881 |
| | : |
| **DS SMITH HOLDINGS, INC., et al.** | : |

## O R D E R

**AND NOW**, this 19th day of December, 2019, upon careful and independent consideration of the Plaintiff's Objections, and after de novo review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, it is **ORDERED**:

1. Plaintiff's Objections [Doc. 40] are **OVERRULED**.

2. The Report and Recommendation [Doc. 36] is **APPROVED** and **ADOPTED**.

3. The joint request to enforce settlement by counsel for the Plaintiff and Defendant is granted.

4. The Settlement Agreement attached to the Magistrate Judge's Report and Recommendation is confirmed and deemed fully enforceable in its entirety.

          **BY THE COURT:**


          **/s/ Jeffrey L. Schmehl**
          **JEFFREY L. SCHMEHL, J.**