# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HESHAM ISMAIL** | : CIVIL ACTION |
| | : |
| v. | : NO. 18-2881 |
| | : |
| **DS SMITH HOLDINGS, INC., et al.** | : |

## AMENDED ORDER

**AND NOW**, this 6th day of January, 2020, this Court's previous Order of December 19, 2019 [Doc. 49] is **AMENDED** as follows: upon careful and independent consideration of the Plaintiff's Objections, argument held in open Court on November 22, 2019 and following a de novo review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, it is **ORDERED**:

1. Plaintiff's Objections [Doc. 40] are **OVERRULED**.

2. The Report and Recommendation [Doc. 36] is **APPROVED** and **ADOPTED**.

3. The joint request to enforce settlement by counsel for the Plaintiff and Defendant is granted.

4. The oral settlement agreement recorded in open court on April 3, 2019 [Doc. 45] is confirmed and deemed fully enforceable in its entirety.

5. Plaintiff's most recent request to restore this case to the docket of the undersigned is **DENIED**.

                                                        **BY THE COURT:**

                                                        **/s/ Jeffrey L. Schmehl**
                                                        **JEFFREY L. SCHMEHL, J.**