# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HESHAM ISMAIL** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-2881 |
| | : | |
| **DS SMITH HOLDINGS, INC., et al.** | : | |

## O R D E R

**AND NOW,** this 18th day of March, 2024, it is hereby **ORDERED** that after conference held, and based on the facts stated, the Plaintiff's Petition for Contempt [Doc. 57] is hereby **DENIED**.

                                            **BY THE COURT:**

                                            **/s/ Jeffrey L. Schmehl**
                                            **JEFFREY L. SCHMEHL, J.**